# ORIGINAL



FILED
MAR 0 1 2002
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS, PHILLIP J. SNYDER, DAWN L. STROHECKER<br>PLAINTIFFS | CONSOLIDATED NO. 1:CV-00-1838 |
| v. | (JUDGE SYLVIA H. RAMBO) |
| HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., and BARRY HENSON,<br>DEFENDANTS | JURY TRIAL DEMANDED |

## EXHIBITS ACCOMPANYING DEFENDANTS' MEMORANDUM IN OPPOSITION TO PETITIONS FOR ATTORNEY FEES AND LIQUIDATED DAMAGES OF PLAINTIFFS WILLIAMS, SNYDER, AND STROHECKER

A

## CONTINGENCY FEE AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, Dawn L. Strohecker, does hereby irrevocably name and appoint and retain NAUMAN, SMITH, SHISSLER & HALL, LLP to be his true and lawful attorneys to represent Dawn L. Strohecker, and take any and all such steps as they may deem necessary and proper in the handling, prosecution, trial or settlement of any claim of the undersigned against any person, corporation or other entity stemming from lost wages and violations of other state and federal laws while in the employment of Henson Trucking, and including all matters related thereto, with full power and authority to appear on behalf of the undersigned in any Court of record, administrative proceeding or any other proceeding whatsoever, to do and perform all and every act and thing whatsoever that may be requisite and necessary to be done as full to all intents and purposes as the undersigned might or could do if personally present; hereby ratifying and confirming all that said attorneys shall lawfully do or cause to be done by virtue of these presents, provided, that me attorneys shall not have the authority to settle said claim without our prior approval, whether oral or in writing.

AND IN CONSIDERATION of the services performed and to be performed, it is understood by the undersigned that said attorneys shall receive either statutory attorney fee at their customary hourly rates or a sum equal to thirty-three and one-third percent (33⅓%) of any amount recovered on account of said claim prior to any trial of the action, a sum equal to forty percent (40%) of any amount recovered during or after trial where no appeal is taken from final judgment, and a sum equal to fifty percent (50%) of any amount recovered following the taking of an appeal from any final order or judgment, whichever is greater. It is further understood and agreed to by me, the undersigned individual named above, that all expenses and costs of litigation shall be paid by me,

and that I shall pay, upon demand, all expenses and cost paid or incurred by said attorneys in connection with the preparation and handling of said claims.

IN WITNESS WHEREOF, and intending to be legally bound, this Agreement has been duly signed and sealed this **06** day of **December**, 2000.

Dawn L. Strohecker

WE HEREBY AGREE to act as attorneys in the above matter upon the terms and conditions hereinabove set forth.

NAUMAN, SMITH, SHISSLER AND HALL, LLP

By:

Dennis E. Boyle, Esquire

2

## CONTINGENCY FEE AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, Phillip Snyder, does hereby irrevocably name and appoint and retain NAUMAN, SMITH, SHISSLER & HALL, LLP to be his true and lawful attorneys to represent Phillip Snyder, and take any and all such steps as they may deem necessary and proper in the handling, prosecution, trial or settlement of any claim of the undersigned against any person, corporation or other entity stemming from lost wages and violations of other state and federal laws while in the employment of Henson Trucking, and including all matters related thereto, with full power and authority to appear on behalf of the undersigned in any Court of record, administrative proceeding or any other proceeding whatsoever, to do and perform all and every act and thing whatsoever that may be requisite and necessary to be done as full to all intents and purposes as the undersigned might or could do if personally present; hereby ratifying and confirming all that said attorneys shall lawfully do or cause to be done by virtue of these presents, provided, that me attorneys shall not have the authority to settle said claim without our prior approval, whether oral or in writing.

AND IN CONSIDERATION of the services performed and to be performed, it is understood by the undersigned that said attorneys shall receive either statutory attorney fee at their customary hourly rates or a sum equal to thirty-three and one-third percent (33⅓%) of any amount recovered on account of said claim prior to any trial of the action, a sum equal to forty percent (40%) of any amount recovered during or after trial where no appeal is taken from final judgment, and a sum equal to fifty percent (50%) of any amount recovered following the taking of an appeal from any final order or judgment, whichever is greater. It is further understood and agreed to by me, the undersigned individual named above, that all expenses and costs of litigation shall be paid by me,

and that I  shall pay, upon demand, all expenses and cost paid or incurred by said attorneys in connection with the preparation and handling of said claims.

**IN WITNESS WHEREOF**, and intending to be legally bound, this Agreement has been duly signed and sealed this _____ day of _____, 2000.

_Phillip J. Snyder_

Phillip Snyder

WE HEREBY AGREE to act as attorneys in the above matter upon the terms and conditions hereinabove set forth.

NAUMAN, SMITH, SHISSLER AND HALL, LLP

By: _____

Dennis E. Boyle, Esquire

2

# CONTINGENCY FEE AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, Gary D. Williams, does hereby irrevocably name and appoint and retain NAUMAN, SMITH, SHISSLER & HALL, LLP to be his true and lawful attorneys to represent Gary D. Williams, and take any and all such steps as they may deem necessary and proper in the handling, prosecution, trial or settlement of any claim of the undersigned against any person, corporation or other entity stemming from lost wages and violations of other state and federal laws while in the employment of Henson Trucking, and including all matters related thereto, with full power and authority to appear on behalf of the undersigned in any Court of record, administrative proceeding or any other proceeding whatsoever, to do and perform all and every act and thing whatsoever that may be requisite and necessary to be done as full to all intents and purposes as the undersigned might or could do if personally present, hereby ratifying and confirming all that said attorneys shall lawfully do or cause to be done by virtue of these presents, provided, that me attorneys shall not have the authority to settle said claim without our prior approval, whether oral or in writing.

AND IN CONSIDERATION of the services performed and to be performed, it is understood by the undersigned that said attorneys shall receive either statutory attorney fee at their customary hourly rates or a sum equal to thirty-three and one-third percent (33⅓%) of any amount recovered on account of said claim prior to any trial of the action, a sum equal to forty percent (40%) of any amount recovered during or after trial where no appeal is taken from final judgment, and a sum equal to fifty percent (50%) of any amount recovered following the taking of an appeal from any final order or judgment, whichever is greater. It is further understood and agreed to by me, the undersigned individual named above, that all expenses and costs of litigation shall be paid by me,

and that I  shall pay, upon demand, all expenses and cost paid or incurred by said attorneys in

connection with the preparation and handling of said claims.

**IN WITNESS WHEREOF,** and intending to be legally bound, this Agreement has been

duly signed and sealed this _____ day of _____, 2000.


_Gary D. Williams_ _____
Gary D. Williams


WE HEREBY AGREE to act as attorneys in the above matter upon the terms and conditions
hereinabove set forth.

NAUMAN, SMITH, SHISSLER AND HALL, LLP


By: _____
Dennis E. Boyle, Esquire

2

B

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GARY D. WILLIAMS, TERRY          :       CONSOLIDATED NO. 1:CV-00-1838
BRUNNER, DAVID A. BAKER,          :
PHILLIP J. SNYDER, CRAIG W.       :
JACOBS, DAWN L. STROHECKER,       :
and KURT A. EVANS,                :
                    PLAINTIFFS    :
                                  :
            v.                    :       (JUDGE SYLVIA H. RAMBO)
                                  :
HENSON TRANSPORT, INC.,           :
HENSON TRUCK LEASING, INC.,       :
and BARRY HENSON,                 :
                    DEFENDANTS :          JURY TRIAL DEMANDED


# DUPLICATION OF HOURS

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 9/10/2000 | DEB | Draft of Complaint | 4.4 Hours | Williams |
| 9/10/2000 | DEB | Draft of Complaint | 5.4 Hours | Snyder |
| 10/05/2000 | DEB | Review/revise Complaint | 1.4 Hours | Williams |
| 10/05/2000 | DEB | Review/revise Complaint | 1.4 Hours | Snyder |
| 10/16/2000 | DEB | Finalize Complaint for Filing | 1.8 Hours | Williams |
| 10/16/2000 | DEB | Finalize Complaint for Filing | 1.8 Hours | Snyder |
| 10/18/2000 | DEB | Research service requirements | .8 Hours | Williams |
| 10/18/2000 | DEB | Research service requirements | .8 Hours | Snyder |
| 11/28/2000 | DEB | Research applicability of FLSA to Mr. Williams | 3.4 Hours | Williams |

## DUPLICATION OF HOURS – Page 2

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 11/28/2000 | DEB | Research applicability of FLSA standards to clients | 3.4 Hours | Snyder |
| 12/1/2000 | DEB | Letter Clerk's Office | .3 Hours | Williams |
| 12/1/2000 | DEB | Letter Clerk's Office | .3 Hours | Snyder |
| 12/05/2000 | JAB | Preparation of interrogatories | 2.6 Hours | Williams |
| 12/05/2000 | JAB | Preparation of interrogatories | 2.6 Hours | Snyder |
| 12/05/2000 | JAB | Preparation of interrogatories | 2.6 Hours | Strohecker |
| 12/06/2000 | DEB | Review discovery rules and local rules; conf w/ LLD re: completion of interrogatories and request for production | 1.7 Hours | Williams |
| 12/06/2000 | DEB | Review discovery rules and local rules; conf w/ LLD re: completion of interrogatories and request for production | 1.7 Hours | Snyder |
| 12/06/2000 | DEB | Review discovery rules and local rules; conf w/ LLD re: completion of interrogatories and request for production | 1.7 Hours | Strohecker |
| 12/10/2000 | DEB | Review/revise interrogatories & request for production | 1.0 Hours | Williams |
| 12/10/2000 | DEB | Review/revise interrogatories & request for production | 1.0 Hours | Snyder |
| 12/10/2000 | DEB | Review/revise interrogatories & request for production | 1.0 Hours | Strohecker |

**DUPLICATION OF HOURS – Page 3**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 12/12/2000 | DEB | T/C Clerk's office | .4 Hours | Williams |
| 12/12/2000 | DEB | T/C Clerk's office | .4 Hours | Snyder |
| 12/12/2000 | DEB | T/C Clerk's office | .4 Hours | Strohecker |
| 12/14/2000 | DEB | Preparation of return of service ltr Clerk of Court | .5 Hours | Williams |
| 12/14/2000 | DEB | Preparation of return of service ltr Clerk of Court | .5 Hours | Snyder |
| 12/28/2000 | JAB | Revise Interrogatories | 1.5 Hours | Williams |
| 12/28/2000 | JAB | Revisions and preparation of Interrogatories | 1.5 Hours | Snyder |
| 12/28/2000 | JAB | Review interrogatories | 1.5 Hours | Strohecker |
| 12/29/2000 | JAB | Review/revise interrogatories and request for production | .7 Hours | Williams |
| 12/29/2000 | JAB | Review/revise discovery documents | .7 Hours | Snyder |
| 12/29/2000 | JAB | Review/revise interrogatories and request for production | .7 Hours | Strohecker |
| 1/2/2001 | DEB | T/C J. Handelman, Esq.; conf. w/ clients. | 1.3 Hours | Williams |
| 1/2/2001 | DEB | T/C J. Handelman, Esq.; conf. w/ clients. | 1.3 Hours | Snyder |
| 1/2/2001 | DEB | T/C J. Handelman, Esq.; conf. w/ clients. | 1.3 Hours | Strohecker |

**DUPLICATION OF HOURS – Page 4**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 1/10/2001 | LLD | Finalize Plaintiff's discovery requests to all defendants | 1.1 Hours | Williams |
| 1/10/2001 | LLD | Finalize Plaintiff's discovery requests to all defendants | 1.1 Hours | Snyder |
| 1/10/2001 | JAB | Research Rule 9(b) reqs.; memo to DEB | 1.4 Hours | WIlliams |
| 1/10/2001 | JAB | Research Rule 9(b) reqs.; memo to DEB | 1.4 Hours | Snyder |
| 1/10/2001 | JAB | Research Rule 9(b) reqs.; memo to DEB | 1.4 Hours | Strohecker |
| 1/19/2001 | DEB | Review records in prep. for case management conf. | 1.4 Hours | Williams |
| 1/19/2001 | DEB | Review records in prep. for case management conf. | 1.4 Hours | Snyder |
| 1/19/2001 | DEB | Review records in prep. for case management conf. | 1.4 Hours | Strohecker |
| 1/25/2001 | DEB | Ltr. Inv. N. Marks; Dept of Labor | .3 Hours | Williams |
| 1/25/2001 | DEB | Ltr. Inv. N. Marks; Dept of Labor | .3 Hours | Snyder |
| 1/25/2001 | DEB | Ltr. Inv. N. Marks; Dept of Labor | .3 Hours | Strohecker |

## DUPLICATION OF HOURS – Page 5

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 1/29/01 | DEB | Draft case management plan | 1.10 Hours | Williams |
| 1/29/01 | DEB | Draft joint case management plan | 1.10 Hours | Snyder |
| 1/29/01 | DEB | Draft case management plan | 1.10 Hours | Strohecker |
| 1/30/01 | DEB | Review/revise joint case management plan | .4 Hours | Williams |
| 1/30/01 | DEB | Review/revise joint case management plan | .4 Hours | Snyder |
| 1/30/01 | DEB | Review/revise joint case management plan | .4 Hours | Strohecker |
| 2/02/01 | DEB | Ltr. Clerk of Court | .3 Hours | Williams |
| 2/02/01 | DEB | Ltr. Clerk of Court | .3 Hours | Snyder |
| 2/24/01 | DEB | Review employee records supplied by G. Williams | .2 Hours | Williams |
| 2/24/01 | DEB | Review employee records supplied by G. Williams | .2 Hours | Snyder |
| 2/24/01 | DEB | Review employee records supplied by G. Williams | .2 Hours | Strohecker |
| 2/26/01 | DEB | Draft ltr. to J. Handelman, Esq. | .2 Hours | Williams |
| 2/26/01 | DEB | Ltr. J. Handelman, Esq. | .2 Hours | Snyder |
| 2/26/01 | DEB | Draft ltr. to J. Handelman, Esq. | .2 Hours | Strohecker |

## DUPLICATION OF HOURS – Page 6

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 3/13/01 | DEB | Review records from R. Dowling | .4 Hours | Williams |
| 3/13/01 | DEB | Review records supplied by R. Dowling | .4 Hours | Williams |
| 3/13/01 | JAB | Review records supplied by R. Dowling | .4 Hours | Williams |
| 3/13/01 | JAB | Review records supplied by R. Dowling | .4 Hours | Snyder |
| 3/13/01 | DEB | Review records supplied by R. Dowling | .4 Hours | Strohecker |
| 3/13/01 | JAB | Review records supplied by R. Dowling | .4 Hours | Strohecker |
| 4/11/01 | DEB | Ltr J. McNally, Esq. | .1 Hour | Williams |
| 4/11/01 | DEB | Ltr J. McNally, Esq. | .1 Hour | Snyder |
| 4/11/01 | DEB | Ltr J. McNally, Esq. | .1 Hour | Strohecker |
| 4/25/01 | DEB | Conf. w/JAB re: discovery reports | .4 Hours | Williams |
| 4/25/01 | JAB | Conf. w/DEB re: discovery response | .4 Hours | Williams |
| 4/25/01 | DEB | Conf. w/JAB re: discovery responses | .4 Hours | Snyder |
| 4/25/01 | JAB | Conf. w/DEB re: discovery responses | 1.4 Hours | Snyder |

## DUPLICATION OF HOURS – Page 7

| Date | Atty. | Matter | Time | Client |
|---|---|---|---|---|
| 4/25/01 | DEB | Conf. w/JAB re: discovery responses | .4 Hours | Strohecker |
| 4/25/01 | JAB | Conf. w/DEB re: discovery responses | .4 Hours | Strohecker |
| 4/25/01 | LLD | Conf. w/JAB & DEB; review & begin index of discovery responses | .8 Hours | Williams |
| 4/25/01 | LLD | Meeting with DEB & JAB; Review and index of defendant's discovery documents | .8 Hours | Snyder |
| 4/25/01 | LLD | Conf. w/JAB, DEB; review & begin index of defendants discovery responses | .8 Hours | Strohecker |
| 4/26/01 | LLD | Continue review & indexing of discovery responses | 1.4 Hours | Williams |
| 4/26/01 | LLD | Continue review & index of Defendants' discovery Documents; Notice of Depositions For Frankie Henson and Barry Henson; draft correspondence To John J. McNally, Esq.; t/c & correspondence to Cheryl of Filius & McLucas; email to DEB & JAB | 1.4 Hours | Snyder |
| 4/26/01 | LLD | Continue indexing of discovery responses | 1.4 Hours | Strohecker |
| 4/26/01 | DEB | Continue review of discovery responses | .4 Hours | Williams |

<u>DUPLICATION OF HOURS – Page 8</u>

| <u>Date</u> | <u>Atty.</u> | <u>Matter</u> | <u>Time</u> | <u>Client</u> |
|---|---|---|---|---|
| 4/26/01 | DEB | Continue review of discovery responses | .4 Hours | Snyder |
| 4/26/01 | DEB | Continue review of discovry *(sic)* responses | .4 Hours | Strohecker |
| 5/03/01 | DEB | Continue review of discovery responses | .5 Hours | Williams |
| 5/03/01 | DEB | Review current discovery documents; conf. w/JAB & LLD; t/c D. Baker | .5 Hours | Snyder |
| 5/03/01 | DEB | Continue review of discovery responses | .5 Hours | Strohecker |
| 5/03/01 | JAB | Review discovery responses | .6 Hours | Williams |
| 5/03/01 | JAB | Review discovery responses | .6 Hours | Snyder |
| 5/03/01 | JAB | Continue review discovery responses | .6 Hours | Strohecker |
| 5/23/01 | DEB | T/c T. Leitzel, Esq., U.S. Dept. of Labor | .1 Hour | Williams |
| 5/23/01 | DEB | T/c T. Leitzel, Esq., U.S. Dept. of Labor | .1 Hour | Snyder |
| 5/23/01 | DEB | T/c T. Leitzel, Esq., U.S. Dept. of Labor | .1 Hour | Strohecker |
| 5/30/01 | LLD | T/c with client | .2 Hours | Williams |
| 5/30/01 | LLD | T/c with client | .2 Hours | Snyder |

## DUPLICATION OF HOURS – Page 9

| Date | Atty. | Matter | Time | Client |
|---|---|---|---|---|
| 5/30/01 | DEB | Complete review of discovery responses | .8 Hours | Williams |
| 5/30/01 | DEB | Complete review of discovery responses | .8 Hours | Snyder |
| 5/30/01 | DEB | Complete review of discovery responses | .8 Hours | Strohecker |
| 6/01/01 | LLD | Meeting with JAB & DEB review of documents for deposition preparation; correspondence to client | .9 Hours | Williams |
| 6/01/01 | LLD | Meeting with JAB & DEB review of documents for deposition preparation; correspondence to client | .9 Hours | Williams |
| 6/01/01 | LLD | Meeting with JAB & DEB review of documents for deposition preparation | .7 Hours | Strohecker |
| 6/04/01 | LLD | Review discovery requests | .2 Hours | Williams |
| 6/04/01 | LLD | Review discovery requests | .2 Hours | Snyder |
| 6/04/01 | LLD | Review discovery requests | .2 Hours | Strohecker |
| 6/06/01 | LLD | Meeting with DEB & JAB | .2 Hours | Williams |
| 6/06/01 | LLD | Meeting with DEB & JAB | .2 Hours | Snyder |
| 6/06/01 | LLD | Meeting with DEB & JAB | .2 Hours | Strohecker |

## DUPLICATION OF HOURS – Page 10

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 6/08/01 | DEB | Begin preparation for deposition of B. Henson & F. Henson | 1.1 Hours | Williams |
| 6/08/01 | DEB | Begin preparation for depositions | 1.1 Hours | Snyder |
| 6/08/01 | DEB | Begin preparation for deposition of B. Henson & F. Henson | 1.1 Hours | Strohecker |
| 6/09/01 | DEB | Continue preparation for deposition of B. Henson & F. Henson | 1.2 Hours | Williams |
| 6/09/01 | DEB | Continue preparation for depositions | 1.2 Hours | Snyder |
| 6/09/01 | DEB | Continue preparation for depositions of B. Henson & F. Henson | 1.2 Hours | Strohecker |
| 6/11/01 | DEB | Continue preparation for deposition of B. Henson & F. Henson | .7 Hours | Williams |
| 6/11/01 | DEB | Continue preparation for depositions | .7 Hours | Snyder |
| 6/11/01 | DEB | Continue preparation for deposition of B. Henson & F. Henson | .7 Hours | Strohecker |

## DUPLICATION OF HOURS – Page 11

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 6/12/01 | DEB | Complete preparation for deposition of B. Henson; attend deposition | 2.7 Hours | Williams |
| 6/12/01 | DEB | Preparation for deposition of B. Henson; attend deposition of B. Henson; t/c D. Baker & G. Williams | 2.7 Hours | Snyder |
| 6/12/01 | DEB | Complete preparation for deposition of B. Henson; attend depositions | 2.7 Hours | Strohecker |
| 6/14/01 | LLD | Incorporate Dept. of Labor records into notebook | .4 Hours | Williams |
| 6/14/01 | LLD | Incorporate Dept. of Labor records into notebooks | .4 Hours | Snyder |
| 6/14/01 | LLD | Incorporate Dept. of Labor records into notebook | .4 Hours | Strohecker |
| 6/29/01 | DEB | Review additional discovery responses | 2.1 Hours | Williams |
| 6/29/01 | DEB | Review discovery responses | 2.1 Hours | Snyder |
| 6/29/01 | DEB | Review additional discovery responses | 2.1 Hours | Strohecker |
| 7/31/01 | DEB | T/c J. Handelman (2) re: status of Henson discovery responses | .1 Hours | Williams |

## DUPLICATION OF HOURS – Page 12

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 7/31/01 | DEB | T/c J. Handelman (2) re: status of Henson's discovery responses | .1 Hours | Snyder |
| 7/31/01 | DEB | T/c J. Handelman (2) re: status of Henson discovery responses | .1 Hours | Strohecker |
| 8/15/01 | LLD | T/c with client | .2 Hours | Williams |
| 8/15/01 | LLD | T/c with client | .2 Hours | Snyder |
| 8/15/01 | LLD | T/c to client | .2 Hours | Strohecker |
| 8/17/01 | LLD | T/c and correspondence to client | .4 Hours | Williams |
| 8/17/01 | LLD | T/c and correspondence to client | .2 Hours | Snyder |
| 8/17/01 | LLD | T/c and correspondence to client; email to JAB & DEB | .4 Hours | Strohecker |
| 8/18/01 | JAB | Research re: piercing corporate veil | .5 Hours | Williams |
| 8/18/01 | JAB | Research re: piercing corporate veil | .5 Hours | Strohecker |
| 8/19/01 | JAB | Preparation for deposition of B. Henson, S. Henson & F. Henson | 1.1 Hours | Williams |

<u>DUPLICATION OF HOURS – Page 13</u>

| Date | Atty. | Matter | Time | Client |
|---|---|---|---|---|
| 8/19/01 | JAB | Preparation for depositions; conf. w/DEB re: piercing corporate veil | 1.1 Hours | Snyder |
| 8/19/01 | JAB | Preparation for deposition of B. Henson, S. Henson & F. Henson | 1.1 Hours | Strohecker |
| 8/20/01 | JAB | Continue preparation for deposition of B. Henson, S. Henson & F. Henson | 2.0 Hours | Williams |
| 8/20/01 | JAB | Preparation for depositions | 2.0 Hours | Snyder |
| 8/20/01 | JAB | Preparation for deposition of B. Henson, S. Henson & F. Henson | 2.0 Hours | Strohecker |
| 8/23/01 | JAB | Attend deposition of B. Henson & S. Henson | 1.8 Hours | Williams |
| 8/23/01 | JAB | Deposition of Barry & Stephanie Henson | 1.8 Hours | Snyder |
| 8/23/01 | JAB | Deposition of B. Henson & S. Henson | 1.8 Hours | Strohecker |
| 8/28/01 | LLD | Review and list documents | .2 Hours | Williams |
| 8/28/01 | LLD | Review, organize and list documents received from client; list showing dates of employment from various sources | 1.7 Hours | Snyder |

**DUPLICATION OF HOURS – Page 14**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 8/28/01 | LLD | Review and list documents | .2 Hours | Strohecker |
| 9/04/01 | JAB | Research re: piercing the corporate veil; instrumentality and single enterprise theory | 1.9 Hours | Williams |
| 9/04/01 | JAB | Research re: piercing the corporate veil; instrumentality & single enterprise theory | 1.9 Hours | Snyder |
| 9/04/01 | JAB | Research re: piercing the corporate veil; instrumentality and single enterprise theory | 1.9 Hours | Strohecker |
| 9/07/01 | JAB | T/c to J. Handelman, Esq. | .1 Hours | Williams |
| 9/07/01 | JAB | T/c to J. Handelman, Esq.; v-mail to J. Handelman | .1 Hours | Snyder |
| 9/07/01 | JAB | T/c to J. Handelman, Esq. | .1 Hours | Strohecker |
| 9/25/01 | DEB | Review defendants brief in support of summary judgment | .5 Hours | Williams |
| 9/25/01 | DEB | Review of defendants brief in support of summary judgment | .5 Hours | Snyder |
| 9/25/01 | DEB | Review of defendants brief in support of summary judgment | .5 Hours | Strohecker |
| 9/26/01 | JAB | Preparation of brief in opposition to summary judgment | 1.7 Hours | Williams |
| 9/26/01 | JAB | Begin preparation of brief in opposition to summary judgment | 1.6 Hours | Williams |

**DUPLICATION OF HOURS – Page 15**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 9/26/01 | JAB | Begin preparation of brief in opposition to summary judgment | 1.6 Hours | Snyder |
| 9/26/01 | JAB | Begin preparation of brief in opposition to summary judgment | 1.6 Hours | Strohecker |
| 9/27/01 | JAB | Preparation of brief in opposition to summary judgment | 1.3 Hours | Williams |
| 9/27/01 | JAB | Preparation of brief in opposition to summary judgment | 1.3 Hours | Snyder |
| 9/27/01 | JAB | Preparation of brief in opposition to summary judgment | 1.3 Hours | Strohecker |
| 10/1/01 | DEB | Continue review/revision of brief in opposition to motion for summary judgment | 2.0 Hours | Williams |
| 10/1/01 | DEB | Review/revise brief in opposition to summary judgment | 2.0 Hours | Snyder |
| 10/1/01 | DEB | Review/revise brief in opposition to summary judgment | 2.0 Hours | Strohecker |
| 11/21/01 | DEB | Review opinion & order from Judge Rambo | .7 Hours | Williams |
| 11/21/01 | DEB | Review opinion and order of Judge Rambo | .7 Hours | Snyder |
| 11/21/01 | DEB | Review opinion & order of Judge Rambo | .7 Hours | Strohecker |

**DUPLICATION OF HOURS – Page 16**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 11/22/01 | DEB | T/c client re: opinion & order | .5 Hours | Williams |
| 11/22/01 | DEB | T/c client re: opinion and order | .5 Hours | Snyder |
| 11/22/01 | DEB | T/c client re: opinion & order | .5 Hours | Strohecker |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Williams |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Williams |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Snyder |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Snyder |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Strohecker |
| 11/27/01 | DEB | Ltr. to client | .4 Hours | Strohecker |
| 12/4/01 | DEB | Review motion in limine re: U.S. Dept. of Labor records | .4 Hours | Williams |
| 12/4/01 | DEB | Review motion in limine re: U.S. Dept. of Labor records | .4 Hours | Snyder |
| 12/4/01 | DEB | Review motion in limine re: U.S. Dept. of Labor records | .4 Hours | Strohecker |
| 12/4/01 | JAB | Review motion in limine; research re: cases cited by defendants in brief | 1.0 Hours | Williams |
| 12/4/01 | JAB | Review motion in limine; research re: cases cited by defendants in brief | 1.0 Hours | Snyder |

## DUPLICATION OF HOURS – Page 17

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 12/4/01 | JAB | Review motion in limine; research re: cases cited by defendants in brief | 1.0 Hours | Strohecker |
| 12/10/01 | JAB | Preparation of response to defendant's motion in limine; research re: relevance | 2.9 Hours | Williams |
| 12/10/01 | JAB | Preparation of response to defendant's motion in limine | 2.9 Hours | Snyder |
| 12/10/01 | JAB | Preparation of response to defendant's motion in limine | 2.9 Hours | Strohecker |
| 12/11/01 | JAB | Preparation of response to defendant's motion in limine | 2.4 Hours | Williams |
| 12/11/01 | JAB | Preparation of response to defendant's motion in limine | 2.4 Hours | Snyder |
| 12/11/01 | JAB | Preparation of response to defendant's motion in limine | 2.4 Hours | Strohecker |
| 12/12/01 | JAB | Preparation of response to defendant's motion in limine | 1.0 Hours | Williams |
| 12/12/01 | JAB | Preparation of response to defendants motion in limine | 1.0 Hours | Snyder |
| 12/12/01 | JAB | Preparation of response to defendants motion in limine | 1.0 Hours | Strohecker |
| 12/14/01 | JAB | Preparation of response to defendant's motion in limine | 2.7 Hours | Williams |

**DUPLICATION OF HOURS – Page 18**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 12/14/01 | JAB | Preparation of response to defendants motion in limine | 2.7 Hours | Snyder |
| 12/14/01 | JAB | Preparation of response to defendants motion in limine | 2.7 Hours | Strohecker |
| 12/17/01 | DEB | Review/revise brief in opposition to motion in limine | .8 Hours | Williams |
| 12/17/01 | DEB | Review/revise brief in opposition to motion in limine | .8 Hours | Snyder |
| 12/17/01 | DEB | Review/revise brief in opposition to motion in limine | .8 Hours | Strohecker |
| 12/18/01 | DEB | Review/revise brief in opposition to motion in limine | .9 Hours | Williams |
| 12/18/01 | DEB | Review/revise brief in opposition to motion in limine | .9 Hours | Snyder |
| 12/18/01 | DEB | Review/revise brief in opposition to motion in limine | .8 Hours | Strohecker |
| 12/21/01 | DEB | Prepare draft of pre-trial memorandum | 1.4 Hours | Williams |
| 12/21/01 | DEB | Prepare draft of pre-trial memorandum | 1.4 Hours | Snyder |
| 12/21/01 | DEB | Prepare draft of pre-trial memorandum | 1.4 Hours | Strohecker |
| 12/23/01 | DEB | Review/revise pre-trial statement | 3.4 Hours | Williams |

**DUPLICATION OF HOURS – Page 19**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 12/23/01 | DEB | Review/revise pre-trial memorandum | 3.4 Hours | Snyder |
| 12/23/01 | DEB | Review/revise pre-trial memorandum | 3.4 Hours | Strohecker |
| 12/26/01 | DEB | Review/revise pre-trial statement | .2 Hours | Williams |
| 12/26/01 | DEB | Review/revise pre-trial memorandum | .2 Hours | Snyder |
| 12/26/01 | DEB | Review/revise pre-trial memorandum | .2 Hours | Strohecker |
| 12/27/01 | DEB | T/c J. Handelman, Esq. (2) | .2 Hours | Williams |
| 12/27/01 | DEB | T/c J. Handelman, Esq. (2) | .2 Hours | Snyder |
| 12/27/01 | DEB | T/c J. Handelman, Esq. (2) | .2 Hours | Strohecker |
| 2/7/02 | JAB | Research re: liquidated damages | 1.3 Hours | Williams |
| 2/7/02 | JAB | Research re: liquidated damages | 1.3 Hours | Snyder |
| 2/7/02 | JAB | Research re: liquidated damages | 1.3 Hours | Strohecker |
| 2/7/02 | JAB | Preparation of petitions and brief for attorneys fees | 1.3 Hours | Williams |
| 2/7/02 | JAB | Preparation of petitions and brief for attorneys fees | 1.3 Hours | Snyder |

**DUPLICATION OF HOURS – Page 20**

| Date | Atty. | Matter | Time | Client |
|------|-------|--------|------|--------|
| 2/7/02 | JAB | Preparation of petitions and brief for attorneys fees | 1.3 Hours | Strohecker |
| 2/8/02 | JAB | Preparation of petition for | 1.0 Hour | Williams |
| 2/8/02 | JAB | Preparation of petition for | 1.0 Hour | Snyder |
| 2/8/02 | JAB | Preparation of petition for | 1.0 Hour | Strohecker |

## DUPLICATION – Page 21

<u>Disbursements</u>

| <u>Date</u> | <u>Description</u> | <u>Amount</u> | <u>Client</u> |
|------|-------------|--------|--------|
| 1/31/01 | 1 Postage Charge | 3.95 | Williams |
| 1/31/01 | 1 Postage Charge | 3.95 | Snyder |
| 1/31/01 | 1 Postage Charge | 3.95 | Strohecker |
| 1/31/01 | 125 Photocopy Charge | 2.50 | Williams |
| 1/31/01 | 125 Photocopy Charge | 2.50 | Snyder |
| 1/31/01 | 125 Photocopy Charge | 2.50 | Strohecker |
| 1/31/01 | 2 Postage Charge | 1.58 | Williams |
| 1/31/01 | 2 Postage Charge | 1.58 | Snyder |
| 1/31/01 | 2 Postage Charge | 1.58 | Strohecker |
| 2/28/01 | 126 Photocopy Charge | 4.20 | Williams |
| 2/28/01 | 126 Photocopy Charge | 4.20 | Snyder |
| 2/28/01 | 126 Photocopy Charge | 4.20 | Strohecker |
| 2/28/01 | 4 Postage Charge | 3.46 | Williams |
| 2/28/01 | 4 Postage Charge | 3.46 | Snyder |
| 2/28/01 | 4 Postage Charge | 3.46 | Strohecker |

**DUPLICATION – Page 22**

Disbursements

| Date | Description | Amount | Client |
|------|-------------|--------|--------|
| 2/28/01 | 34 Telefax Charge | 2.26 | Williams |
| 2/28/01 | 34 Telefax Charge | 2.26 | Snyder |
| 2/28/01 | 34 Telefax Charge | 2.26 | Strohecker |
| 3/13/01 | Check #23404 to Laura Dobbin; mileage | 1.72 | Williams |
| 3/13/01 | Check #23404 to Laura Dobbin; mileage | 1.72 | Snyder |
| 3/13/01 | Check #23404 to Laura Dobbin; mileage | 1.72 | Strohecker |
| 3/13/01 | 322 Photocopy Charge | 6.44 | Williams |
| 3/13/01 | 322 Photocopy Charge | 6.44 | Snyder |
| 3/13/01 | 322 Photocopy Charge | 6.44 | Strohecker |
| 4/12/01 | Check #23532 to Laura Dobbin; mileage | 4.04 | Williams |
| 4/12/01 | Check #23532 to Laura Dobbin; mileage | 4.04 | Snyder |
| 4/12/01 | Check #23532 to Laura Dobbin; mileage | 4.04 | Strohecker |

DUPLICATION – Page 23

Disbursements

| Date | Description | Amount | Client |
|------|-------------|--------|--------|
| 5/31/01 | 127 Photocopy Charge | 1.81 | Williams |
| 5/31/01 | 127 Photocopy Charge | 1.81 | Snyder |
| 5/31/01 | 127 Photocopy Charge | 1.81 | Strohecker |
| 6/12/01 | Check #23768 to Jodi A. Beierschmitt; meeting with Robert Dowling | .99 | Williams |
| 6/12/01 | Check #23768 to Jodi A. Beierschmitt; meeting with Robert Dowling | .99 | Snyder |
| 6/12/01 | Check #23768 to Jodi A. Beierschmitt; meeting with Robert Dowling | .99 | Strohecker |
| 6/12/01 | Check #23772 to Dennis E. Boyle; Travel to/from Lewisberry to Interview witness | .69 | Williams |
| 6/12/01 | Check #23772 to Dennis E. Boyle; Travel to/from Lewisberry to Interview witness | .69 | Snyder |
| 6/12/01 | Check #23772 to Dennis E. Boyle; Travel to/from Lewisberry to Interview witness | .69 | Strohecker |

**DUPLICATION – Page 24**

<u>Disbursements</u>

| <u>Date</u> | <u>Description</u> | <u>Amount</u> | <u>Client</u> |
|---|---|---|---|
| 6/30/01 | 160 Photocopy Charge | 5.33 | Williams |
| 6/30/01 | 160 Photocopy Charge | 5.33 | Snyder |
| 6/30/01 | 160 Photocopy Charge | 5.33 | Strohecker |
| 7/11/01 | Check #23900 to William Reese; subpoena fee | 5.00 | Williams |
| 7/11/01 | Check #23900 to William Reese; subpoena fee | 5.00 | Snyder |
| 7/11/01 | Check #23900 to William Reese; subpoena fee | 5.00 | Strohecker |
| 7/11/01 | Check #23903 to Filius & McLucas Reporting Service; deposition Transcript | 32.94 | Williams |
| 7/11/01 | Check #23903 to Filius & McLucas Reporting Service; deposition Transcript | 32.94 | Snyder |
| 7/11/01 | Check #23903 to Filius & McLucas Reporting Service; deposition Transcript | 32.94 | Strohecker |
| 7/31/01 | 190 Photocopy Charge | 6.33 | Williams |
| 7/31/01 | 190 Photocopy Charge | 6.33 | Snyder |
| 7/31/01 | 190 Photocopy Charge | 6.33 | Strohecker |

DUPLICATION – Page 25

Disbursements

| Date | Description | Amount | Client |
|------|-------------|--------|--------|
| 8/31/01 | 89 Photocopy Charge | 2.97 | Williams |
| 8/31/01 | 89 Photocopy Charge | 2.97 | Snyder |
| 8/31/01 | 89 Photocopy Charge | 2.97 | Strohecker |
| 8/31/01 | Check #24129 to Filius & McLucas Reporting Service; payment for Deposition transcripts of Hensons | 45.61 | Williams |
| 8/31/01 | Check #24129 to Filius & McLucas Reporting Service; payment for Deposition transcripts of Hensons | 45.61 | Snyder |
| 8/31/01 | Check #24129 to Filius & McLucas Reporting Service; payment for Deposition transcripts of Hensons | 45.61 | Strohecker |
| 9/14/01 | Check #24168 to Filius & McLucas Reporting Service; payment for depo. transcripts | 139.93 | Williams |
| 9/14/01 | Check #24168 to Filius & McLucas Reporting Service; payment for depo. transcripts | 139.93 | Snyder |
| 9/14/01 | Check #24168 to Filius & McLucas Reporting Service; payment for depo. transcripts | 139.93 | Strohecker |

**DUPLICATION – Page 26**

Disbursements

| Date | Description | Amount | Client |
|------|-------------|--------|--------|
| 9/25/01 | Check #24221 to Rose C. Sullivan; Notary fee | 2.00 | Williams |
| 9/25/01 | Check #24221 to Rose C. Sullivan; Notary fee | 2.00 | Snyder |
| 9/25/01 | Check #24221 to Rose C. Sullivan; Notary fee | 2.00 | Strohecker |
| 9/30/01 | 2738 Photocopy Charge | 91.27 | Williams |
| 9/30/01 | 2738 Photocopy Charge | 91.27 | Snyder |
| 9/30/01 | 2738 Photocopy Charge | 91.27 | Strohecker |
| 10/31/01 | 340 Photocopy Charge | 11.33 | Williams |
| 10/31/01 | 340 Photocopy Charge | 11.33 | Snyder |
| 10/31/01 | 340 Photocopy Charge | 11.33 | Strohecker |
| 11/30/01 | 31 Photocopy Charge | 12.03 | Williams |
| 11/30/01 | 31 Photocopy Charge | 12.03 | Snyder |
| 11/30/01 | 31 Photocopy Charge | 12.03 | Strohecker |

## HOURS EXPENDED PRIOR TO 12/4/01

| No. of Plaintiffs Charged | DATE | HOURS BILLED | | ·/·7 | RATE | | DIFFERENCE |
|---|---|---|---|---|---|---|---|
| | 9/10/00 | 5.4 | | 0.9 | $140 | | $756/$126 |
| | | | (4.5) | | | | ($630) |
| | 10/5/00 | 1.4 | | 0.2 | $140 | | $196/$28 |
| | | | (1.2) | | | | (-$168) |
| | 10/16/00 | 1.8 | | 0.3 | $140 | | $252/$42 |
| | | | (1.5) | | | | ($210) |
| | 10/18/00 | 0.8 | | 0.1 | $140 | | $112/$14 |
| | | | (.7) | | | | ($98) |
| | 11/28/00 | 3.4 | | 0.5 | $140 | | $476/$70 |
| | | | (2.9) | | | | ($406) |
| | 12/1/00 | 0.3 | | 0.1 | $140 | | $42/$14 |
| | | | (.2) | | | | ($28) |
| (3) | 12/5/00 | 2.6 | | 0.4 | $90 | | $234/$36 |
| | | | (2.2) | | | | ($198) |
| (3) | 12/6/00 | 1.7 | | 0.2 | $140 | | $232/$28 |
| | | | (1.5) | | | | ($210) |
| (3) | 12/10/00 | 1 | | 0.1 | $140 | | $140/$14 |
| | | | (.9) | | | | ($126) |
| (3) | 12/12/00 | 0.4 | | 0.1 | $140 | | $56/$14 |
| | | | (.3) | | | | ($42) |
| | 12/14/00 | 0.5 | | 0.1 | $140 | | $70/$14 |
| | | | (.4) | | | | ($56) |
| (3) | 12/28/00 | 1.5 | | 0.2 | $90 | | $135/$18 |
| | | | (1.3) | | | | ($117) |
| (3) | 12/29/00 | 0.7 | | 0.1 | $90 | | $63/$9 |
| | | | (.6) | | | | ($54) |
| (3) | 1/2/01 | 1.3 | | 0.2 | $140 | | $182/28 |
| | | | (1.1) | | | | ($154) |
| | 1/10/01 | 1.1 | | 0.2 | $60 | | $66/$12 |
| | | | (.9) | | | | ($54) |
| (3) | 1/10/01 | 1.4 | | 0.2 | $90 | | $126/$18 |
| | | | (1.2) | | | | ($108) |
| (3) | 1/19/01 | 1.4 | | 0.2 | $140 | | $196/$28 |
| | | | (1.2) | | | | ($168) |
| (3) | 1/25/01 | 0.3 | | (.1) | $140 | | $42/$14 |
| | | | (.2) | | | | ($28) |
| (3) | 1/29/01 | 1.1 | | 0.2 | $140 | | $154/$28 |
| | | | (.9) | | | | ($126) |
| (3) | 1/30/01 | 0.4 | | 0.1 | $140 | | $56/$14 |
| | | | (.3) | | | | ($42) |
| | 2/2/01 | 0.3 | | (.1) | $140 | | $42/$14 |
| | | | (.2) | | | | ($28) |
| (3) | 2/24/01 | 0.2 | | 0.03 | $140 | | $28/$4.2 |
| | | | (.17) | | | | ($23.80) |
| (3) | 2/26/01 | 0.2 | | 0.03 | $140 | | $28/$4.2 |
| | | | (.17) | | | | ($23.80) |

| No. of Plaintiffs Charged | DATE | HOURS BILLED | ·/.7 | RATE | DIFFERENCE |
|---|---|---|---|---|---|
| (3) | 3/13/01 | 0.4 | | 0.1 | $140 | $56/$14 |
| | | | (.3) | | | ($42) |
| (3) | 3/13/01 | 0.4 | | 0.1 | $90 | $36/$9 |
| | | | (.3) | | | ($27) |
| | 4/11/01 | Not Included | | | | |
| | | | | | | |
| | 4/25/01 | 0.4 | | 0.1 | $140 | $56/$14 |
| | | | (.3) | | | ($42) |
| (3) | 4/25/01 | 0.4 | | 0.1 | $90 | $36/$9 |
| | | | (.3) | | | ($27) |
| (3) | 4/25/01 | 0.8 | | 0.1 | $60 | $48/$6 |
| | | | (.7) | | | ($42) |
| (3) | 4/26/01 | 1.4 | | 0.2 | $60 | $84/$12 |
| | | | (1.2) | | | ($72) |
| (3) | 4/26/01 | 0.4 | | 0.1 | $140 | $56/$14 |
| | | | (.3) | | | ($42) |
| (3) | 5/3/01 | 0.5 | | 0.1 | $140 | $70/$14 |
| | | | (.4) | | | ($56) |
| (3) | 5/3/01 | 0.6 | | 0.1 | $90 | $54/$9 |
| | | | (.5) | | | ($45) |
| | 5/23/01 | Not Included | | | | |
| | | | | | | |
| | 5/30/01 | 0.2 | | 0.1 | $60 | $12/$6 |
| | | | (.1) | | | ($6) |
| (3) | 5/30/01 | 0.8 | | 0.1 | $140 | $112/$14 |
| | | | (.7) | | | ($98) |
| | 6/1/01 | 0.9 | | 0.1 | $60 | $54/$6 |
| | | | (.8) | | | ($48) |
| (3) | 6/4/01 | 0.2 | | 0.1 | $60 | $12/$6 |
| | | | (.1) | | | ($6) |
| (3) | 6/6/01 | 0.2 | | 0.1 | $140 | $12/$6 |
| | | | (.1) | | | ($6) |
| (3) | 6/8/01 | 1.1 | | 0.2 | $140 | $154/$28 |
| | | | (.9) | | | ($126) |
| (3) | 6/9/01 | 1.2 | | 0.2 | $140 | $168/$28 |
| | | | (1.0) | | | ($140) |
| (3) | 6/11/01 | 0.7 | | 0.1 | $140 | $98/$14 |
| | | | (.6) | | | ($84) |
| (3) | 6/12/01 | 2.7 | | 0.4 | $140 | $378/$56 |
| | | | (2.3) | | | ($322) |
| (3) | 6/14/01 | 0.4 | | 0.1 | $60 | $24/$6 |
| | | | (.3) | | | ($18) |
| (3) | 6/29/01 | 2.1 | | 0.3 | $140 | $294/$42 |
| | | | (1.8) | | | ($252) |
| | 7/31/01 | Not Included | | | | |
| | | | | | | |
| | 8/15/01 | Not Included | | | | |
| | | | | | | |

**HOURS EXPENDED AFTER 12/4/01**

| | DATE | HOURS BILLED | | / 3 | RATE | | DIFFERENCE |
|---|---|---|---|---|---|---|---|
| | 12/4/01 | 0.4 | | 0.1 | $140 | | $56/$14 |
| | | | (.3) | | | | ($42) |
| | 12/4/01 | 1.0 | | 0.3 | $90 | | $90/$27 |
| | | | (.7) | | | | ($63) |
| | 12/10/01 | 2.9 | | 1 | $90 | | $261/$90 |
| | | | (1.9) | | | | ($171) |
| | 12/11/01 | 2.4 | | 0.8 | $90 | | $216/$72 |
| | | | (1.6) | | | | ($144) |
| | 12/12/01 | 1.0 | | 0.3 | $90 | | $90/$27 |
| | | | (.7) | | | | ($63) |
| | 12/14/01 | 2.7 | | 0.9 | $90 | | $243/$81 |
| | | | (1.8) | | | | ($162) |
| | 12/17/01 | .8 | | 0.3 | $140 | | $112/$42 |
| | | | (.5) | | | | ($70) |
| | 12/18/01 | .9 | | 0.3 | $140 | | $126/$42 |
| | | | (.6) | | | | ($84) |
| | 12/21/01 | 1.4 | | 0.5 | $140 | | $196/$70 |
| | | | (.9) | | | | ($126) |
| | 12/23/01 | 3.4 | | 1.1 | $140 | | $476/$154 |
| | | | (2.3) | | | | ($322) |
| | 12/26/01 | Not Included | | | | | |
| | | | (.4) | | | | ($56) |
| | 12/27/01 | Not Included | | | | | |
| | | | (1.3) | | | | ($117) |
| | 2/7/02 | 1.3 | | 0.4 | $90 | | $117/$36 |
| | | | (.9) | | | | ($81) |
| | 2/7/02 | 1.3 | | 0.4 | $90 | | $117/$36 |
| | | | (.9) | | | | ($81) |
| | 2/8/02 | 1.0 | | 0.3 | $90 | | #90/$27 |
| | | | (.7) | | | | ($63) |
| | | | | | | | |

E

## NECESSARY REDUCTION IN TIME FOR DUPLICATION AND REDUNDANCY PRIOR TO 12/4/01

| PLAINTIFF | Necessary Reduction of Time Billed by DEB<br>Corresponding reduction in fee | Necessary Reduction of Time Billed by JAB | Necessary Reduction of Time Billed by LLD | TOTAL REDUCTION OF HOURS NECESSARY PER PLAINTIFF |
|---|---|---|---|---|
| WILLIAMS | 32.14<br>$4,499.60 | 15<br>$1,350.00 | 5.9<br>$354.00 | 53.04<br>$6,203.60 |
| SNYDER | 32.14<br>$4,499.60 | 15<br>$1,350.00 | 5.9<br>$354.00 | 53.04<br>$6,203.60 |
| STROHECKER | 20.24<br>$2,833.60 | 14.6<br>$1,314.00 | 2.8<br>$168.00 | 37.64<br>$4,315.60 |

**NECESSARY REDUCTION IN TIME FOR DUPLICATION AND REDUNDANCY AFTER 12/4/01 AND PRIOR TO TRIAL**

| PLAINTIFF | Necessary Reduction of Time Billed by DEB / Corresponding reduction in fee | Necessary Reduction of Time Billed by JAB | Necessary Reduction of Time Billed by LLD | TOTAL REDUCTION OF HOURS NECESSARY |
|---|---|---|---|---|
| WILLIAMS | 4.6 / $644.00 | 9.2 / $828.00 | 0 | 13.8 / $1,472.00 |
| SNYDER | 4.6 / $644.00 | 9.2 / $828.00 | 0 | 13.8 / $1,472.00 |
| STROHECKER | 4.6 / $644.00 | 9.2 / $828.00 | 0 | 13.8 / $1,472.00 |

F

# Summary of Unpaid Wages

## U.S. Department of Labor

Employment Standards Administration

Wage and Hour Division



| ( Office Address) | Wilkes Barre PA District Office<br>US Dept. of Labor, ESA, Wage & Hour Div<br>7 North Wilkes Barre Blvd.<br>Stegmaier Bldg. Suite 373M<br>Wilkes Barre, PA  18702-5284<br>570-826-6316 | Investigator:<br>**Noel Marks** | Date:<br>**01/02/2001** |
|---|---|---|---|
| | | Employer Fed Tax ID Number    **65-0519048** | |

| 1. Name | 2. Address | 3. Period Covered | 4. Act | 5. Gross Amounts Due |
|---|---|---|---|---|
| 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<br>Snyder, Phil | 139 S York Road<br>Dillsburg, PA, | 04/08/2000<br>to    05/13/2000 | 1 | $600.00 |
| 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<br>Strohecker, Dawn | 212 A. Hickory Ridge Road<br>Newport, PA, 17074 | 07/10/1999<br>to    10/30/1999 | 1 | $950.00 |
| 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<br>Williams, Gary | #11 Deer Lake, Mt. Airy Road<br>Lewisberry, PA, 17339 | 08/07/1999<br>to    03/18/2000 | 1 | $3,957.00 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Henson Transport**<br>**Henson Transport Inc.**<br>**4396 Chambershill Road**<br><br>**Harrisburg, PA 17111** | TOTAL | **$5,507.00** |
|---|---|---|---|
| | | * Column 4-Code<br>FLSA      1<br>PCA       2<br>SCA       3<br>DBRA      4<br>CWHSSA    5<br>CCPA      6<br>FMLA      7 | |

Page    1

Form WH-56

**TABLE 3**

| Names | Uncompensated Overtime | Uncompensated Overtime Liquidated Damages | Underpaid Hours | Underpaid Hours Liquidated Damages | Wage Payment Collection Law (Hours x Hourly Rate) | Wage Payment Collection Law Liquidated Damages (.25%) | Total |
|---|---|---|---|---|---|---|---|
| David A. Baker | | | $1,511.10 | $1,511.10 | $13,406.00 | $3,351.50 | $19,779.70 |
| Jerry Brunner | | | $4,826.56 | $4,826.56 | $16,073.63 | $4,018.41 | $29,745.16 |
| Kurt A. Evans | | | $136.87 | $136.87 | $4,475.53 | $1,118.88 | $5,868.15 |
| Craig W. Jacobs | | | $2,466.54 | $2,466.54 | $23,006.72 | $5,751.68 | $33,691.48 |
| Philip J. Snyder | $600.00 | $600.00 | $1,039.07 | $1,039.07 | $13,012.56 | $3,253.14 | $19,543.84 |
| Dawn L. Strohecker | $950.00 | $950.00 | | | | | $1,900.00 |
| Gary D. Williams | $3,957.00 | $3,957.00 | $164.28 | $164.28 | $32,038.50 | $8,009.63 | $48,290.69 |

**TABLE 4**

| Names | Uncompensated Overtime | Uncompensated Overtime Liquidated Damages (Wage x 2) | Underpaid Hours | Underpaid Hours Liquidated Damages (25%) | Fair Labor Standard Act Uncompensated time ($5.15 x # of hours) | Fair Labor Standard Act Liquidated Damages | Total |
|---|---|---|---|---|---|---|---|
| David A. Baker | | | $1,511.10 | $1,511.10 | $4,186.95 | $4,186.95 | $11,396.10 |
| Terry Brunner | | | $4,826.56 | $4,826.56 | $5,752.55 | $5,752.55 | $21,158.22 |
| Kurt A. Evans | | | $136.87 | $136.87 | $1,402.86 | $1,402.86 | $3,079.46 |
| Craig W. Jacobs | | | $2,466.54 | $2,466.54 | $7,086.40 | $7,086.40 | $19,105.88 |
| Philip J. Snyder | $600.00 | $600.00 | $1,039.07 | $1,039.07 | $4,078.80 | $4,078.80 | $11,435.74 |
| Dawn L. Strohecker | $950.00 | $950.00 | | | | | $1,900.00 |
| Gary D. Williams | $3,957.00 | $3,957.00 | $164.28 | $164.28 | $10,042.50 | $10,042.50 | $28,327.56 |

## CERTIFICATE OF SERVICE

I, JARAD W. HANDELMAN, ESQUIRE, do hereby certify that I served a true and correct copy of the foregoing Exhibits upon the following person by depositing same in the U.S. Mail, postage pre-paid at Hershey, Dauphin County, Pennsylvania this 1st day of March 2002.

SERVED UPON:

Dennis E. Boyle, Esquire
200 North Third Street, 18th Floor
P.O. Box 840
Harrisburg, PA 17108-0840

JARAD W. HANDELMAN, ESQUIRE