**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


FILED
MAR 1 3 2002
PER ____
HARRISBURG, PA  DEPUTY CLERK

| | |
|---|---|
| GARY D. WILLIAMS, TERRY BRUNNER, DAVID A. BAKER, PHILLIP J. SNYDER, CRAIG W. JACOBS, DAWN L. STROHECKER, and KURT A. EVANS, PLAINTIFFS | : CONSOLIDATED NO. 1:CV-00-1838 |
| v. | : (JUDGE SYLVIA H. RAMBO) |
| HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., and BARRY HENSON, DEFENDANTS | : JURY TRIAL DEMANDED |

**PRAECIPE TO WITHDRAW APPEARANCE**

TO: CLERK OF COURT

Kindly withdraw the appearance of Frank P. Clark, Esquire as counsel for Defendants in the above-captioned matter.

Date: Jan 4, 2002            By: _____
                                 FRANK P. CLARK, ESQUIRE
                                 Clark Law Office
                                 3045 Market Street, 2nd Floor
                                 Camp Hill, PA 17011