# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS, TERRY BRUNNER, DAVID A. BAKER, PHILLIP J. SNYDER, CRAIG W. JACOBS, DAWN L. STROHECKER, and KURT A. EVANS,<br>PLAINTIFFS | CONSOLIDATED NO. 1:CV-00-1838<br><br>FILED<br>MAR 1 3 2002<br>PER _____<br>HARRISBURG, PA DEPUTY CLERK |
| v. | (JUDGE SYLVIA H. RAMBO) |
| HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., and BARRY HENSON,<br>DEFENDANTS | JURY TRIAL DEMANDED |

### PRAECIPE TO WITHDRAW APPEARANCE

TO:  CLERK OF COURT

Kindly withdraw the appearance of John J. McNally, III, Esquire as counsel for Defendants in the above-captioned matter.

Date: 1/4/02

By: _____
JOHN J. McNALLY, III, ESQUIRE
Thomas, Thomas & Hafer, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108-0999