

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS, PHILIP J. SNYDER, and DAWN L. STROHECKER, | : CIVIL NO. 1:CV-00-1838 |
| Plaintiffs | : |
| v. | : |
| HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., and BARRY HENSON, | : |
| Defendants | : |



# ORDER

AND NOW, this 23 day of July, 2002, **IT IS HEREBY ORDERED THAT**

1) The Clerk of Court shall enter judgment as stated below:

    a) In favor of Plaintiff Gary D. Williams and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated Damages | $ 3,959.00 |
| Attorney Fees | $ 24,570.00 |
| Costs | $ 762.81 |
| Total | $ 29,291.81 |

    b) In favor of Plaintiff Philip J. Snyder and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated (stipulated) Damages | $ 1,200.00 |
| Attorney Fees | $10,737.00 |
| Costs | $ 633.94 |
| Total | $12,570.94 |

      c) In favor of Plaintiff Dawn L. Strohecker and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated (stipulated) Damages | $ 1,900.00 |
| Attorney Fees | $ 8,424.00 |
| Costs | $    603.71 |
| Total | $10,927.71 |

2) The Clerk of Court shall close the file.

                                                            */s/ Sylvia H. Rambo*
                                           SYLVIA H. RAMBO
                                           United States District Judge