

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GARY D. WILLIAMS, PHILIP J. SNYDER, AND DAWN L. STROHECKER<br>    Plaintiffs<br><br>V.<br><br>HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., AND BARRY HENSON<br>    Defendants | Case No: 1:00-CV-1838<br>Judge Sylvia H. Rambo |



☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Plaintiff Gary D. Williams, and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated Damages | $ 3,959.00 |
| Attorney Fees | $24,570.00 |
| Costs | $     762.81 |
| Total | $29,291.81 |

**IT IS FURTHER ORDERED** that judgment be and is hereby entered in favor of Plaintiff Philip J. Snyder, and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated Damages | $ 1,200.00 |
| Attorney Fees | $10,737.00 |
| Costs | $     633.94 |
| Total | $12,570.94 |

**IT IS FURTHER ORDERED** that judgment be and is hereby entered in favor of Plaintiff Dawn L. Strohecker, and against Defendants Henson Transport, Inc., Henson Truck Leasing, Inc., and Barry Henson as follows:

| | |
|---|---|
| Liquidated Damages | $ 1,900.00 |
| Attorney Fees | $ 8,424.00 |
| Costs | $   603.00 |
| Total | $10,927.71 |

Date: July 23, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk