AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

GARY D. WILLIAMS, TERRY BRUNNER,
DAVID A. BAKER, PHILLIP J. SNYDER,
CRAIG W. JACOBS, DAWN L. STROHECKER
AND KURT A. EVANS
    Plaintiffs

V.

HENSON TRANSPORT, INC., HENSON
TRUCK LEASING, INC., AND BARRY HENSON
    Defendants

Case No: 1:00-CV-1838
Judge Sylvia H. Rambo



FILED
JUL 29 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, and against the Plaintiff on Plaintiffs' fraud claims.

    **IT IS FURTHER ORDERED** that summary judgment is entered in favor of the Defendants, and against the Plaintiffs, on Plaintiffs' Pennsylvania Wage Payment and Collection Law claims, including Plaintiffs' claims for liquidated damages and attorneys fees pursuant to this statute.

    **IT IS FURTHER ORDERED** that summary judgment is hereby entered in favor of the Defendants, and against the plaintiffs, on the Plaintiffs' FLSA claims to the extent that Plaintiffs Williams, Brunner, Baker, Snyder, Jacobs, and Evans seek overtime compensation or unpaid wages for hours spent working as truck drivers.

Date: July 29, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk