

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

―― MIDDLE DISTRICT OF PENNSYLVANIA ――

## JUDGMENT IN A CIVIL CASE

GARY D. WILLIAMS, PHILIP J. SNYDER,
AND DAWN L. STROHECKER
    Plaintiffs

V.

HENSON TRANSPORT, INC., HENSON
TRUCK LEASING, INC., AND BARRY HENSON
    Defendants

Case No: 1:00-CV-1838
Judge Sylvia H. Rambo



FILED JUL 29 2002
PER __MA__
HARRISBURG, PA  DEPUTY CLERK

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on January 30th, 2002, judgment is hereby entered in favor of the Plaintiff, Gary D. Williams and against the Defendants, HensonTransport, Inc., Henson Truck Leasing, Inc. and Barry Henson in the amount of $3,959.00 in unpaid overtime compensation

Date: July 29, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk