**ORIGINAL**

Fee Pd
TPO Given


RB 8/13/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONSOLIDATED NO. 1:CV-00-1838

| | | |
|---|---|---|
| GARY D. WILLIAMS, TERRY BRUNNER, DAVID A. BAKER, PHILLIP J. SNYDER, CRAIG W. JACOBS, DAWN L. STROHECKER, and KURT A. EVANS | : : : : : : | |
| Plaintiffs | : | NOTICE OF APPEAL |
| v. | : : | |
| HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., BARRY HENSON and FRANKIE HENSON | : : : : | |
| Defendants | : | |

FILED
HARRISBURG, PA
AUG 1 2 2002
MARY E. D'ANDREA, C
Per _____
Deputy Clerk

Notice is hereby given that GARY D. WILLIAMS, TERRY BRUNNER, DAVID A. BAKER, PHILIP J. SNYDER, CRAIG W. JACOBS and KURT A. EVANS, Plaintiffs in the above named case, hereby appeal to the United States Court

of Appeals for the Third Circuit from the final judgment entered in this action on July 29, 2002, granting summary judgment in favor of the Defendants.

                                      **NAUMAN, SMITH, SHISSLER & HALL, LLP**

                                      _____
                                      **Dennis E. Boyle, Esquire**
Supreme Court I.D. No. 49618

**Jodi A. Beierschmitt, Esquire**
Supreme Court I.D. No. 84727
200 N. 3rd Street, 18th Floor
P. O. Box 840
Harrisburg PA 17108-0840
Telephone: (717) 236-3010
Facsimile: (717) 234-1925

Counsel For: Gary D. Williams, Terry Brunner, David A. Baker, Philip J. Snyder, Craig W. Jacobs and Kurt A. Evans

Dated: August 9, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I served a copy of the foregoing Notice of Appeal by United States First Class Mail addressed to the party(ies) or attorney(s) of record at the address(es) listed below:

Jarad W. Handelman, Esquire
James, Smith, Durkin & Connelly, LLP
134 Sipe Avenue
Hummelstown PA 17036

*Penny A. Rogers*
Penny A. Rogers, Legal Assistant to
Dennis E. Boyle, Esquire

Dated: August 12, 2002

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL INFORMATION STATEMENT

Please type.                           Attach additional pages if necessary.

**COUNSEL FOR APPELLANT: This statement is due to be filed with the Clerk of the Court of Appeals not later than 10 days from the filing of the notice of appeal. COUNSEL FOR APPELLEE: If any information in appellant's statement is incorrect, counsel for appellee is directed to file a copy of this statement not later than 7 days after service.**

| SHORT CAPTION WITH IDENTITY OF APPELLANT | APPEAL FROM DISTRICT COURT |
|---|---|
| GARY D. WILLIAMS et al., Appellants<br>v.<br>HENSON TRANSPORT, INC. et al. | District: Middle<br>D.C. Docket No.: 1:00-CV-1838<br>Date filed in D.C.: 7/29/02<br>Date NOA filed: 8/9/02 |

### NAME AND ADDRESS OF COUNSEL ON APPEAL

| Name of Counsel | Address | Telephone No. (incl. FAX #, if any) |
|---|---|---|
| For Appellant(s):<br>Dennis E. Boyle, Esquire<br>Jodi A. Beierschmitt, Esquire | Nauman, Smith, Shissler & Hall, LLP<br>P. O. Box 840<br>Harrisburg PA 17108-0840 | Phone: (717) 236-3010<br>Fax: (717) 234-1925 |
| *For Appellee(s):<br>Jarad W. Handelman, Esquire | James, Smith, Durkin & Connelly, LLP<br>134 Sipe Avenue<br>Hummelstown PA 17036 | Phone: (717) 533-3280<br>Fax: (717) 533-2795 |

*LIST ONLY THE NAMES OF PARTIES WHO WILL OPPOSE YOU ON APPEAL, TOGETHER WITH THE NAMES AND ADDRESSES OF THEIR ATTORNEYS

Is this a Cross-Appeal?  Yes [ ]   No [X]

Was there a previous appeal in case?  Yes [ ]   No [X]

If yes, Short Title: _____
Docket No.: _____

Citation, if reported: _____

See p. 2.

FILED
HARRISBURG, PA
AUG 1 2 2002
MARY E. D'ANDREA, C
Per _____
Deputy Clerk

1

To your knowledge, is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

{A} Arises from substantially the same case or controversy as this appeal? [ ] Yes
    [X] No

{B} Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
    [ ] Yes    [X] No

If yes, state whether { } "A" or { } "B" or both, and provide:

Case Name:                      Citation:    Court or Agency

Docket No.:

## NATURE OF SUIT
(Check as many as apply)

| 1. FEDERAL STATUTES | 2. TORTS | 4. PRISONER PETITIONS |
|---|---|---|
| [ ] ANTITRUST | [ ] ADMIRALTY | [ ] CIVIL RIGHTS |
| [ ] BANKRUPTCY | [ ] ASSAULT/DEFAMATION | [ ] HABEAS CORPUS (2254) |
| [ ] BANKS & BANKING | [ ] PRODUCT LIABILITY/ | [ ] MANDAMUS AND OTHER |
| [ ] CIVIL RIGHTS |     WARRANTY | [ ] PAROLE |
| [ ] COMMERCE, ROUTES, | [ ] DIVERSITY | [ ] VACATE SENTENCE(2255) |
|     AND TARIFFS | [ ] OTHER (specify): | |
| [ ] COMMODITIES | | |
| [ ] COMMUNICATIONS | | 5. OTHER |
| [ ] CONSUMER PROTECTION | | |
| [ ] COPYRIGHT [ ] PATENT | 3. CONTRACTS | [ ] FORFEITURE/PENALTY |
|     OR [ ] TRADEMARK | | [ ] REAL PROPERTY |
| [ ] ELECTION | [ ] ADMIRALTY/MARITIME | [ ] TREATY (specify): |
| [ ] ENERGY | [ ] ARBITRATION | |
| [ ] ENVIRONMENTAL |     [ ] COMMERCIAL | |
| [ ] FREEDOM OF | [ ] EMPLOYMENT | [ ] DIVERSITY |
|     INFORMATION | [ ] INSURANCE | [ ] OTHER (specify): |
| [ ] IMMIGRATION | [ ] NEGOTIABLE | |
| [X] LABOR |     DISBURSEMENTS | |
| [ ] OSHA | [ ] DIVERSITY | |
| [ ] SECURITIES | [ ] OTHER (specify): | |
| [ ] SOCIAL SECURITY | | |
| [ ] TAX | | |
| [ ] EQUAL ACCESS TO | | |
|     JUSTICE | | |
| [ ] OTHER (specify): | | |

N.B. ALL CASES EXCEPT THOSE IN CATEGORY 4, ORIGINAL PROCEEDINGS (e.g, mandamus/ prohibition), AND PRO SE CASES ARE SUBJECT TO REFERRAL TO THE COURT'S MEDIATION PROGRAM.

This is to certify that this civil appeal information statement was mailed to the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 9th day of August 2002

REV. 02/10/99                                            (Signature of Counsel)

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| CAPTION: | DISTRICT COURT NO. 1:CV-00-1838 |
| Gary D. Williams, et al.<br>    Vs<br>Henson Transport, Inc., et al. | CT. OF APPEALS NO. _____ |

NOTICE OF APPEAL FILED          COURT REPORTER(S) _____Vicki Fox_____

FILING FEE:

NOTICE OF APPEAL  __X__ PAID  ____ NOT PAID  ____ SEAMAN

DOCKET FEE      __X__ PAID  ____ NOT PAID  ____ USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge Rambo
Craig J. Staudenmaier, Esq.
Jodi A. Beierschmitt, Esq.
Dennis E. Boyle, Esq.
Jarad Wade Handelman, Esq.
Frank P. Clark, Esq.
John J. McNally III, Esq.
Vicki Fox, Court Reporter
File Copy

                                    PREPARED BY _____Renée M. Brtalik_____
                                                    Deputy Clerk
**Date: August 13, 2002**



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   Gary D. Williams, et al. v Henson Transport, Inc., et al.
      USDC NO:  1:CV-00-1838
      USCA NO:
      E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____    **Civil Prisoner Case: Case file and docket sheet available through RACER.**

_____    **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

__X___    **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**
          *Documents 1-93 not scanned.  Documents 94-103 are scanned.  Please contact Harrisburg office if documents are needed.*

_____    **Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER.**

_____    **Non-Prisoner Civil Case or Criminal Case:**
          **____ Supplemental Record filed.  Docket Sheet available through RACER.**

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Renée M. Brtalik
Deputy Clerk

Date: August 13, 2002

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 13, 2002

Re:  1:00-cv-01838   Williams v. Henson Transport, In

True and correct copies of the attached were mailed by the clerk
to the following:

    Craig J. Staudenmaier, Esq.
    Nauman, Smith, Shissler & Hall, LLP
    200 North Third Street
    18th Floor
    P.O. Box 840
    Harrisburg, PA   17108-0840      Fax No.: 17172341925

    Jodi A. Beierschmitt, Esq.
    Nauman, Smith, Shissler & Hall, LLP
    200 North Third Street
    18th Floor
    P.O. Box 840
    Harrisburg, PA   17108-0840      Fax No.: 17172341925

    Dennis E. Boyle, Esq.
    Nauman, Smith, Shissler & Hall, LLP
    200 North Third Street
    18th Floor
    P.O. Box 840
    Harrisburg, PA   17108-0840      Fax No.: 17172341925

    Jarad Wade Handelman, Esq.
    James, Smith, Durkin & Connelly, LLP
    134 Sipe Avenue
    Hummelstown, PA   17036

    Frank P. Clark, Esq.
    Clark Law Office
    3045 Market Street
    2nd Floor
    Camp Hill, PA   17011    Fax No.: 17177314764

    John J. McNally III, Esq.
    James Smith Durkin & Connelly, LLP
    P.O. Box 650
    134 Sipe Ave

Hershey, PA  17033-0650

```
cc:
Judge                          (X)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter Vicki Fox          (X)
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 13, 2002           BY: Renee Brtalik
                                     Deputy Clerk