105
RB 8/13/02

## Return Receipt

| | |
|---|---|
| Your document: | 1:cv-00-1838 |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 08/13/2002 09:50:44 AM |

**FILED**
HARRISBURG, PA

AUG 1 3 2002

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk