OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4952

www.ca3.uscourts.gov

August 14, 2002

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG, PA
AUG 16 2002
MARY E. D'ANDREA, CLERK
Per _____

Williams v. Henson Transp Inc

No(s): 00-cv-01838

(Honorable Sylvia H. Rambo)

An appeal by **Gary D. Williams, et als.** was filed in the above-captioned case on 8/12/02, and docketed in this Court on 8/14/02, at No. **02-3205**.

Kindly use the Appeals Docket No. **02-3205** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: Carmen M. Hernandez
Case Manager