FILED
HARRISBURG, PA

OCT 0 1 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

| | | |
|---|---|---|
| GARY D. WILLIAMS, TERRY | : | |
| BRUNNER, DAVID A. BAKER, | : | |
| PHILLIP J. SNYDER, CRAIG W. | : | CONSOLIDATED NO. 1:CV-00-1838 |
| JACOBS, DAWN L. STROHECKER,| : | |
| and KURT A. EVANS | : | |
| **Plaintiffs** | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| | : | |
| HENSON TRANSPORT, INC., | : | |
| HENSON TRUCK LEASING, INC., | : | |
| BARRY HENSON and FRANKIE | : | JURY TRIAL DEMANDED |
| HENSON | : | |
| **Defendants** | : | |

## PRAECIPE

Kindly transfer the judgments filed in the Jury Verdict in the above-referenced

case on July 29, 2002 and the Decision on Post-Trial Motions filed on July 23, 2002,

to the United States District Court for the Eastern District of Kentucky at:  101 Barr

Street, Room 206, P. O. Drawer 3074, Lexington, Kentucky 40588-3074. The

judgments are final judgments from which no appeal has been taken.


NAUMAN, SMITH, SHISSLER & HALL, LLP


**Dennis E. Boyle, Esquire**
Supreme Court I.D. No. 49618

**Jodi A. Beierschmitt, Esquire**
Supreme Court I.D. No. 84727
200 N. 3rd Street, 18th Floor
P. O. Box 840
Harrisburg PA 17108-0840
Telephone: (717) 236-3010

Counsel For: Plaintiffs


Dated: October 1, 2002



✎AO 451 (Rev.12/93)  Certification of Judgment

UNITED STATES DISTRICT COURT

MIDDLE                DISTRICT OF                PENNSYLVANIA

GARY D. WILLIAMS, et al.

V.

HENSON TRANSPORT, INC., et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:    1:CV-00-1838

I, _____ MARY E. D'ANDREA _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this ___ July 29, 2002 ___ , as it
                                                                                            Date

appears in the records of this court, and that

*    no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules

of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

___ October 2, 2002 ___
          Date

MARY E. D'ANDREA
Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the
Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed
in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered
on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an
appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional
findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.")