U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gary D. Williams, et al. | 1:CV-00-1838 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henson Transport, Inc. | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Myron Bowling Auctioneers, Inc.

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P. O. Box 369, Ross OH  45014

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis E. Boyle, Esquire
Jodi A. Beierschmitt, Esquire
Nauman, Smith, Shissler & Hall, LLP
P. O. Box 840
Harrisburg PA  17108-0840

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1, return receipt requested.

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

7002 2410 0003 3815 0778

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — DAYTON P. DOWNTOWN STA FEB 3 2003

Sent To: Myron Bowling Auct, Inc
Street, Apt. No.; or PO Box No. P.O. Box 369
City, State, ZIP+4 Ross, Ohio 45014

PS Form 3800, June 2002    See Reverse for Instructions

| | XX PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER (717) 236-3010 | DATE |
|---|---|---|---|

**MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

District to Serve: 67

Signature of Authorized USMS Deputy or Clerk: *Q. Lanelle*   Date: 2/3/03

evidence of service, ☐ have executed as shown in "Remarks", the process described or on the individual, company, corporation, etc., shown at the address inserted below.

...al, company, corporation, etc., named above (See remarks below)

of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/3/03    Time: ___ am/pm

Signature of U.S. Marshal or Deputy: *Q. Lanelle*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:  2/3/03 Mailed Cert.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Gary D. Williams, et al. | COURT CASE NUMBER<br>1:CV-00-1838 ||
| DEFENDANT<br>Henson Transport, Inc. et al. | TYPE OF PROCESS<br>Writ of Execution ||

| SERVE → | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Myron C. Bowling |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 3901 Kraus Lane, Ross, OH 45014 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis E. Boyle, Esquire
Jodi A. Beierschmitt, Esquire
Nauman, Smith, Shissler & Hall, LLP
P. O. Box 840
Harrisburg  PA  17108-0840

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Myron C. Bowling
3901 Kraus Lane
Ross, Ohio 45014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Tom Johnson     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tom Johnson        2-6-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7002 2410 0003 3814 7969

CV-00-1838

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

TELEPHONE NUMBER: 7) 236-3010     DATE:

**DO NOT WRITE BELOW THIS LINE**

MS Deputy or Clerk                Date
                                   2/3/03

as shown in "Remarks", the process described ation, etc., shown at the address inserted below.
ed above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: 2/6/03   Time: am / pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 5.00 | | | 8.00 | | | |

REMARKS:  2/3/03  Mailed Cert.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|