IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS, TERRY BRUNNER: DAVID A BAKER, PHILLIP J. SNYDER CRAIG W. JACOBS, DAWN L. STROHECKER, and KURT A. EVANS, <br><br> Plaintiffs, <br> vs. <br><br> HENSON TRANSPORT, INC., HENSON TRUCK LEASING, INC., BARRY HENSON and FRANKIE HENSON, <br><br> Defendants. | CONSOLIDATED NO. 1: CV-00-1838 <br><br> (JUDGE SYLVIA H. RAMBO) <br><br> JURY TRIAL DEMANDED |



## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on or about __July 13__, 2005, BARRY HENSON, Defendant in the above-styled cause, filed a Petition in Bankruptcy, under Chapter 13 of the Act, CASE NO. 05-24322-BKC-PGH, in the United States Bankruptcy Court For The Southern District Of Florida, Broward Division, copy of which is attached hereto.

Pursuant to 11 U.S.C., Sec. 36, an automatic stay has been entered prohibiting continuation of certain legal proceedings against the Defendant herein. The Defendant verily believes that the proceedings in the above-styled cause are included within the scope of 11 U.S.C., Sec. 36, and request that all interested parties govern themselves accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing Suggestion of Bankruptcy was forwarded by U.S. Mail, this 21 day of July, 2005, to DENNIS E. BOYLE, ESQUIRE, Attorney for Plaintiffs, P.O. Box 840, Harrisburg, PA 17108-0840.

STAN L. RISKIN, P.A.
Attorneys for Defendant/Debtor
8000 Peters Road, Ste. A-200
Plantation, FL 33324
(954) 473-2200    (954) 915-8900 FAX#

BY: _____
STAN L. RISKIN
Florida Bar No. 129106